■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARA SALAZAR, Appellant. — Order, Supreme Court, New York County (B. Roberts, J.), entered on February 19, 1982 and judgment of said court (Altman, J.), rendered on July 26, 1982, unanimously affirmed for the reasons stated by B. Roberts, J. Concur — Kupferman, J. P., Sullivan, Ross, Silverman and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT JAHELKA, Appellant. — Judgment, Supreme Court, New York County (Rothwax, J.), rendered on January 6, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Sullivan, Ross, Silverman and Alexander, JJ.

■ In the Matter of ENZO GALLO et al., Appellants, v JUAN U. ORTIZ, as City Personnel Director of the Department of Personnel of the City of New York, Respondents. — Judgment, Supreme Court, New York County (Sherman, J.), entered on December 21, 1982, unanimously affirmed for the reasons stated by Sherman, J., at Special Term, without costs and without disbursements. Concur — Kupferman, J. P., Sullivan, Ross, Silverman and Alexander, JJ.

■ In the Matter of AUSTIN LABER, Respondent-Appellant, v 60 RIVERSIDE HOUSE ASSOCIATES et al., Appellants-Respondents. — Order and judgment (one paper), Supreme Court, New York County (Preminger, J.), entered on November 16, 1982, unanimously affirmed for the reasons stated by Preminger, J., at Special Term. Plaintiff-respondent-appellant shall recover of defendants-appellants-respondents $75 costs and disbursements of these cross appeals. Concur — Kupferman, J. P., Sandler, Carro, Silverman and Bloom, JJ. [115 Misc 2d 720.]